# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW WHITFIELD,<br><br>        Plaintiff,<br><br>    v.<br><br>FERRO CORPORATION, PETER T. THOMAS, DAVID A. LORBER, ANDREW M. ROSS, ALLEN A. SPIZZO, MARRAN OGILVIE, and RONALD P. VARGO,<br><br>        Defendants. | Case No. 2:21-cv-13750-CCC-LDW |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: September 10, 2021

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*
Gina M. Serra
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: gms@rl-legal.com

*Attorneys for Plaintiff*

SO ORDERED

   *s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date: 11/2/2021